# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **RYAN P. PORTER,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:22CV00021 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MARTIN J. O'MALLEY,** | ) | JUDGE JAMES P. JONES |
| **COMMISSIONER OF** | ) | |
| **SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed January 9, 2024, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Plaintiff's Motion for Summary Judgment is DENIED; and

3. The Defendant's Motion for Summary Judgment is GRANTED.

A final judgment will be entered herewith.

ENTER: January 30, 2024

/s/  JAMES P. JONES
Senior United States District Judge