# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **RYAN P. PORTER,** ) | |
| ) | |
| Plaintiff, ) | Case No. 2:22CV00021 |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| **MARTIN J. O'MALLEY,** ) | JUDGE JAMES P. JONES |
| **COMMISSIONER OF** ) | |
| **SOCIAL SECURITY,** ) | |
| ) | |
| Defendant. ) | |

Summary judgment having been granted, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER:   January 30, 2024

/s/  JAMES P. JONES
Senior United States District Judge